IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLAYTON THOMAS | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 20-4856 |
| | : | |
| CITY OF PHILADELPHIA, et al | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 23rd day of October, 2024, upon review of Defendants' Motion to Dismiss, and Plaintiff's lack of opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED** and Plaintiff's Complaint shall be dismissed[1]. The Clerk shall close this case.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
Jeffrey L. Schmehl, J.

---

[1] On June 7, 2024, Defendants filed a Motion to Dismiss Plaintiff's Complaint. At a status conference held with Plaintiff, Defendants' counsel and the Court on July 2, 2024, Plaintiff was informed that if he wished to oppose Defendants' Motion to Dismiss, he must do so by August 20, 2024. The Court documented this due date in an Order dated July 2, 2024. Despite being instructed both by the Court and by a subsequent Order to file an opposition by August 20, 2024, as of the date of this Order, Plaintiff has failed to respond to Defendants' Motion.

Failure to make a timely response allows the court to treat a motion as uncontested. *Move Organization v. City of Philadelphia*, 89 F.R.D. 521, 523 (E.D. Pa. 1981). Further, there is no question that Plaintiff received a copy of the motion to dismiss, as the Motion was discussed with Plaintiff at the July 2, 2024, status conference and he was directed to respond to the motion by a date certain. Plaintiff's response was due in August of 2022, and he has not responded, nor has he requested additional time to do so.

Rule 7.1(c) of the local Rules of Civil Procedure for the Eastern District of Pennsylvania provides that "[i]n the absence of a timely response, the motion may be granted as uncontested except as provided under [the Federal Rules of Civil Procedure governing summary judgment motions];" *see also Celestial Community Development Corp., Inc., v. City of Philadelphia*, 901 F.Supp.2d 566, 578 (E.D. Pa. 2010)(Gardner, J.) ("To put it simply: plaintiffs who fail to brief their opposition to portions of motions to dismiss do so at the risk of having those parts of the motions to dismiss granted as uncontested."); *Nelson v. DeVry, Inc.*, 2009 WL 1213640 (E.D. Pa. April 23, 2009)(Jones, J.) ("Failure to address even part of a motion in a responsive brief may result in that aspect of the motion being treated as unopposed."). Accordingly, Defendants' motion to dismiss is granted as unopposed.